### CHRISTIE v. DYER.   (2 Div. 760.)

(Supreme Court of Alabama.   April 21, 1921.)

Appeal from Circuit Court, Dallas County; B. M. Miller, Judge.

Action by W. C. Dyer against E. C. Christie. Judgment for plaintiff, and defendant appeals. Transferred from Court of Appeals under section 6, Acts 1911, p. 449. Affirmed.

A. M. Pitts, of Selma, for appellant.
Keith & Wilkinson, of Selma, for appellee.

THOMAS, J.   The judgment of the circuit court is affirmed on the authority of Christie v.

Durden, ante, p. 571, 88 South. 667, this day announced.

Affirmed.

ANDERSON, C. J., and McCLELLAN and SOMERVILLE, JJ., concur.